AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 24, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Carlos SERRANO-Muro | ) | Case No. **4:23-mj-1712** |
| Victorya VENEGAS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Jan. 21, 2023 through Mar. 6, 2023** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 United States Code 1591 | Sex Trafficking of a Minor |
| 18 United States Code 1594(c) | Conspiracy to Commit Sex Trafficking of a Minor |

This criminal complaint is based on these facts:

Continued on the attached sheet.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found August 24, 2023

*Complainant's signature*

**David Pawson, Special Agent**
*Printed name and title*

*Judge's signature*

Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

City and state: **Houston, Texas**

## AFFADAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Pawson, being duly sworn, herby depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) and have been since 2009. My experience as a Special Agent has included, among other things, the investigation of cases involving cybercrime, child exploitation, child pornography and human trafficking. I have received specialized training in the investigation of child exploitation offenses and human trafficking. I have also received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures

2. This Affidavit is made in support of a criminal complaint charging Carlos SERRANO-Muro and Victorya VENEGAS, with violating 18 U.S.C. §§1591 and 1594(c), which makes it a crime for someone who benefits, financially, or by receiving anything of value, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that person has not attained the age of eighteen years and will be cause to engage in a commercial sex act and/or conspires to engage in said criminal activity.

3. I am familiar with the information contained in the Affidavit based upon the investigation that I and other law enforcement officers have conducted and my conversations with other parties involved in this case.

4. Because the Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts I believe are necessary to establish probable cause that evidence of a violations of 18 U.S.C. 1591 and 1594(c) have been committed by Carlos SERRANO-Muro and Victorya VENEGAS starting from approximately January 21, 2023, through March 6, 2023. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5. In April of 2023, HSI initiated an investigation into Carlos SERRANO-Muro (DOB 11/22/1995) and Victorya VENEGAS (DOB 06/14/2003), suspected traffickers who are allegedly involved in the trafficking and prostitution of females, including juveniles, in the Houston, Texas (TX) area.

6. On February 10, 2023, during the course of a separate investigation, HSI SA Pawson and Houston Police Department (HPD) Detective Sellers identified a minor victim (MV1) (DOB: 02/24/2006) of sex trafficking during a forensic interview. During the interview, SA Pawson and HPD Detective Sellers discovered MV1 had been a victim of multiple human trafficking organizations (HTO) to include Carlos SERRANO-Muro et al.

7. During multiple interviews with MV1, MV1 stated she knew Carlos SERRANO-Muro and Victorya VENEGAS. MV1 described SERRANO and VENEGAS as a "working"

couple. VENEGAS did dates for SERRANO, and she is his girlfriend. MV1 explained SERRANO doesn't "make" VENEGAS walk, VENEGAS chooses to. (Agent Note: "walk" or "walking" refers to females advertising themselves for commercial sexual activity via roadside.) MV1 said she thought SERRANO wouldn't make her walk and that SERRENO would just take care of MV1 because she knew him. Ultimately, SERRANO did make MV1 walk Bissonnet and advertise herself for sex in exchange for money. (Agent Note: The Bissonnet Street and Plainfield Street area of Houston, TX is known to investigators as the "Blade." Based on your affiant's training and experience, Affiant knows that a "Blade" is an area known for prostitution activity where persons, often trafficking victims, walk around a specific area where it is known that prostitution occurs. Customers drive by, select a person for commercial sex and either engage in the sex acts in the vehicle and/or go to a nearby hotel/motel to complete the sex act – often referred to as a date.) MV1 stated she completed two dates for SERRANO earning two hundred ($200) dollars which she had to give to SERRANO. MV1 stated SERRANO and VENEGAS knew about her age, which was sixteen years old at the time. MV1 stated she used the names Monica and Desiree while working for SERRANO and VENEGAS. MV1 identified a photo of both SERRANO and VENEGAS.

8. MV1 stated at one point SERRANO and VENGAS traveled to Florida but did not bring MV1 because they lacked money. SERRANO and VENEGAS instructed MV1 that she would still need to walk (Bissonnet Street) for them though and once they had enough money, they would get MV1 a bus ticket to join them in Florida. SERRANO and VENEGAS left MV1 with a key to their apartment, some of VENEGAS' clothes with directions, and directions to send them the money she earned via Cash App. Ultimately on the way to Florida, on January 23, 2023. SERRANO and VENEGAS were stopped by Washington County Sheriff's Deputies near Chipley, FL and both were arrested for Drug Possession.

9. SERRANO and VENEGAS were both held in custody until March 6, 2023. HSI SAs reviewed jails calls made by SERRANO and VENEGAS during their time in custody and discovered the following.

    a. On January 24, 2023, VENEGAS calls MV1 and tells MV1 that she needs to get VENEGAS out of jail. MV1 then responds that she talked with SERRANO and SERRANO told her to keep making money and bail "Vicky" out. Additionally, VENEGAS tells MV1 to go to Bissonnet and save up one thousand ($1,000 USD) dollars to get her out.
    b. During another call later that day, VENEGAS tells MV1 that she needs to go to "the blade" at 9 p.m. and stay until 5 a.m. because she needs MV1 to bail her out of jail. VENEGAS tells her to keep the same routine like "Daddy." (Agent Note: "Daddy" is a name often adopted by male traffickers and used by victims to refer to their traffickers. The traffickers phone number is often saved in a victim's phone as "Daddy." Victims are often required to refer to their trafficker as such.)

    c. On the same day, during a call between MV1 and SERRANO, MV1 asks SERRANO if he wants her to work Plainfield or Burger King, which SERRANO tells her that the Burger King is the spot. (Agent Note: There is a Burger King located on the corner of the intersection of Plainfield Street and Bissonnet Street, the area known to investigators as "the blade.") MV1 then asks SERRANO how long he has been pimping because VENEGAS told MV1 that she had only been with SERRANO for a year. SERRANO responds that VENEGAS wasn't his "first hoe."

    d. On January 25, 2023, during a call with SERRANO, MV1 explains that she is done working for the night after eighteen condoms. SERRANO responds to MV1 stating, "that's good." Also, during a call between MV1 and SERRANO, MV1 tells SERRANO that VENEGAS instructed MV1 to post herself on VENEGAS' MegaPersonal account and to make as much money as possible to bail them out of jail. (Agent Note: Megapersonals.eu is classified as a dating app however it is often used to advertise commercial sex and, in this case, covertly advertise child sexual abuse material.) MV1 went on to tell SERRANO that she responded to VENEGAS telling her that she can't bail them out of jail and that she would need to find someone who is eighteen.

    e. On February 2, 2022, during a call with VENEGAS and MV1, MV1 explains that she can't go back to the Bissonnet "blade" because her former trafficker found her there and beat her up. MV1 further states that she was scared and didn't know what to do at the time. VENEGAS goes on to tell MV1 that her mother-in-law can help MV1 and that MV1 just has to answer the phone. VENEGAS tells MV1 that she talked to her mother-in-law and explained that MV1 is only 16 and doesn't know what to do.

10. Furthermore, based on consent, HSI SAs reviewed the contents of MV1's cellphone and located a phone number belonging to VENEGAS saved under the contact name "Ariel" and "Wifey," and SERRANOs number saved as "Carlos" and "Daddy." HSI SAs located separate text conversations, one between MV1 and VENEGAS, and another between MV1 and SERRANO. In both text conversations VENEGAS and SERRANO both provide MV1 with instructions on where and how to solicit commercial sex activity on "the blade," and then what to do once she is done.

## CONCLUSION

11. Based upon the information set forth above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Carlos SERRANO-Muro and Victorya VENEGAS with violations of 18 U.S.C. §§ 1591 and 1594(c), which makes it a crime for someone who benefits, financially, or by receiving anything of value, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that person has not attained the age of eighteen years and will be cause to engage in a commercial sex act and conspires to engage in said criminal activity.

_____
David Pawson, Special Agent
Homeland Security Investigations

Signed and sworn to before me telephonically this 24th day of August 2023 and I find probable cause.

_____
Yvonne Y. Ho
United States Magistrate Judge